UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-60185-CIV-ZLOCH

FORT LAUDERDALE FOOD NOT
BOMBS, NATHAN PIM, JILLIAN PIM,
HAYLEE BECKER AND WILLIAM TOOLE,

    Plaintiffs,
vs.

CITY OF FORT LAUDERDALE,

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

It is hereby stipulated that Michael T. Burke of Johnson, Anselmo Murdoch, et al., P.A. shall be substituted as counsel for CITY OF FORT LAUDERDALE, in place of Alain E. Boileau, City Attorneys Office, City of Fort Lauderdale, and further, that Alain E. Boileau shall be relieved of any further obligations as counsel for CITY OF FORT LAUDERDALE. A copy of the Client's Consent is attached hereto.

Alain E. Boileau, Esq.
City of Fort Lauderdale
City Attorney's Office
100 North Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: 954-828-5025

By: /s/Alain E. Boileau
    ALAIN E. BOILEAU
    Florida Bar No. 148598

Michael T. Burke Esq.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

By: /s/Michael T. Burke
    MICHAEL T. BURKE
    Florida Bar No. 338771

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of September, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JOHNSON, ANSELMO, MURDOCH, BURKE,
PIPER & HOCHMAN, P.A.
*Counsel for Defendant City*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

BY: */s/Michael T. Burke*
   MICHAEL T. BURKE
   Florida Bar No. 338771

## SERVICE LIST

**Kirsten Clanton, Esquire**
Kirsten.clanton@southernlegal.org
**Jodi Siegel, Esquire**
Jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
Telephone: (352) 271-8890
**Counsel for Plaintiffs**

**Mara Shlackman, Esquire**
mara@shlackmanlaw.com
Law Offices of Mara Shlackman, P.L.
757 SE 17th Street, PMB 309
Fort Lauderdale, FL 33316
Telephone: (954) 523-1131
**Counsel for Plaintiffs**

**Andrea Costello, Esquire**
andreac@laccf.org
Legal Advocacy Center of Central Florida
1610 SE 36th Avenue
Ocala, FL 34471
Telephone: (352) 482-0179
**Counsel for Plaintiffs**

**Michael T. Burke, Esquire**
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Telephone:  954-463-0100
Burke@jambg.com
Cardona@jambg.com
**Counsel for Defendant**

**Alain E. Boileau, Esq.**
City of Fort Lauderdale
City Attorney's Office
100 North Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: 954-828-5025
aboileau@fortlauderdale.gov

## NOTICE OF CLIENT CONSENT FOR SUBSTITUTION OF COUNSEL

Defendant, CITY OF FORT LAUDERDALE, hereby consents to the filing of a Stipulation for Substitution of Counsel and entry of an Order Adopting and Approving Substitution of Counsel of Michael T. Burke of Johnson, Anselmo Murdoch, et al., P.A. in place and stead of Alain E. Boileau in this matter, United States District Court for the Southern District of Florida, Case No. 15-60185-CIV-ZLOCH.

CITY OF FORT LAUDERDALE

By: _____
Alain E. Boileau
Title: **CITY ATTORNEY**