UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60185-CIV-ZLOCH

FORT LAUDERDALE FOOD NOT
BOMBS, et al.,

      Plaintiffs,

vs.                                      **FINAL JUDGMENT**

CITY OF FORT LAUDERDALE,

      Defendant.
_____/

THIS MATTER is before the Court upon the upon the Mandate of the United States Court of Appeals for the Eleventh Circuit (DE 95). For the reasons expressed in this Court's Order (DE 106) on Plaintiffs' Motion For Summary Judgment (DE 41) and Defendant City Of Fort Lauderdale's Motion For Final Summary Judgment (DE 42), entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment be and the same is hereby **ENTERED** in favor of Defendant City of Fort Lauderdale and against Plaintiffs Fort Lauderdale Food Not Bombs, Nathan Pim, Jillian Pim, Haylee Becker, and William Toole. Plaintiffs shall take nothing by this action and said Defendant shall go hence without day; and

2. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of August, 2019.

                                                    _____
                                                    WILLIAM J. ZLOCH
                                                    Sr. United States District Judge

Copies furnished:

All Counsel of Record