UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-60185-CIV-CANNON/Hunt

**FORT LAUDERDALE FOOD NOT BOMBS**,
**NATHAN PIM,**
**JILLIAN PIM,**
**HAYLEE BECKER, and**
**WILLIAM TOOLE**,

    Plaintiffs,

v.

**CITY OF FORT LAUDERDALE,**

    Defendant.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** comes before the Court following a Status Conference held on October 27, 2021. For the reasons stated in open court, and to better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

(1) The parties shall have until **December 2, 2021** to conduct informal settlement discussions.

(2) The parties shall then jointly file a report apprising the Court of the result of those discussions and any remaining issues on or before **December 9, 2021**.

**DONE AND ORDERED** in Fort Pierce, Florida this 1st day of November 2021.

                                                            **AILEEN M. CANNON**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record