**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No:  0:15-cv-60185-AMC**

FORT LAUDERDALE FOOD NOT
BOMBS, NATHAN PIM, JILLIAN PIM,
HAYLEE BECKER, and WILLIAM
TOOLE,

      Plaintiffs,

v.

CITY OF FORT LAUDERDALE,

      Defendant.
_____/

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF CITY'S**
**<u>RULE 68 OFFERS OF JUDGMENT</u>**

      The Plaintiffs, by and through undersigned counsel, file this Notice of Acceptance of City's Rule 68 Offers of Judgment, stating as follows:

      1.    On November 22, 2021, the City served the Plaintiffs via e-mail with five Offers of Judgment under Fed. R. Civ. P. 68, containing identical terms for each Plaintiff (Offers are attached hereto as Exhibits A through E).

      2.    On December 6, 2021, Plaintiffs timely notified the City of their acceptance of the Rule 68 Offers by e-mail (E-mail is attached hereto as Exhibit F).

      3.    A proposed Final Judgment consistent with the terms of the Rule 68 Offers is attached hereto as Exhibit G.

      4.    Attorneys' fees and costs remain to be determined by the Court at a later date.

Dated: December 7, 2021

Respectfully submitted,

/s/ Mara Shlackman
MARA SHLACKMAN, Fla. Bar No. 0988618
mara@shlackmanlaw.com
Law Offices of Mara Shlackman, P.L.
757 Southeast 17th Street, PMB 309
Fort Lauderdale, FL  33316
(954) 523-1131
(954) 206-0593 (fax)
Attorney for Plaintiff

JODI SIEGEL, Fla. Bar No. 511617
Jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601
(352) 271-8890
(352) 271-8347 (fax)
Attorneys for Plaintiff

ANDREA COSTELLO, Fla. Bar No. 0532991
Andrea@floridalegal.org
Director, Institutional Legal Services Project
Florida Legal Services
Mailing Address:
P.O. Box 533986
Orlando, FL 32853
(407) 801-0332 (direct)
(407) 505-7327 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic notice generated through the CM/ECF service on December 7, 2021, on all counsel or parties of record.

/s/   Mara Shlackman
Mara Shlackman