12/7/21, 9:58 AM Yahoo Mail - Re: SERVICE OF COURT DOCUMENTS/CASE NO.: 15-cv-60185-AMC/Food Not Bombs v. Ft. Laud. et al

Case 0:15-cv-60185-AMC Document 126-6 Entered on FLSD Docket 12/07/2021 Page 1 of 2

Re: SERVICE OF COURT DOCUMENTS/CASE NO.: 15-cv-60185-AMC/Food Not Bombs v. Ft. Laud. et al

From: Jodi Siegel (jodi.siegel@southernlegal.org)

To: cardona@jambg.com

Cc: mara@shlackmanlaw.com; burke@jambg.com; aboileau@fortlauderdale.gov; andrea@floridalegal.org

Date: Monday, December 6, 2021, 09:47 PM EST

Michael,
After discussing this with our clients, this is to notify the City that they accept the City's offer of $2500 each and the rest of the terms in the offers of judgment. We will be in touch with you tomorrow to discuss filings with the Court.
Jodi

> On Mon, Nov 22, 2021 at 4:00 PM Aviva Cardona <cardona@jambg.com> wrote:
>
> UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
>
> CASE NO.: 15-cv-60185-AMC
>
> FORT LAUDERDALE FOOD NOT BOMBS, NATHAN PIM,
> JILLIAN PIM, HAYLEE BECKER AND WILLIAM TOOLE,
>
> Plaintiffs,
>
> vs.
>
> CITY OF FORT LAUDERDALE,
>
> Defendants.
> _____/
>
> 1. DEFENDANT'S OFFER OF JUDGMENT DIRECTED TO HAYLEE BECKER
> 2. DEFENDANT'S OFFER OF JUDGMENT DIRECTED TO NATHAN PIM
> 3. DEFENDANT'S OFFER OF JUDGMENT DIRECTED TO JILLIAN PIM
> 4. DEFENDANT'S OFFER OF JUDGMENT DIRECTED TO WILLIAM TOOLE
> 5. DEFENDANT'S OFFER OF JUDGMENT DIRECTED TO FOOD NOT BOMBS
>
> **Aviva Cardona**
> Legal Assistant to
> Attorneys Michael T. Burke and Selena A. Gibson
> *Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.*
> 2455 E. Sunrise Blvd., Suite 1000
> Fort Lauderdale, FL 33304
> **Phone: 954-463-0100**
> cardona@jambg.com

--
*Jodi Siegel*
Executive Director
Southern Legal Counsel, Inc.
1229 NW 12 Avenue
Gainesville, FL 32601
352-271-8890
www.southernlegal.org