UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-60185-CIV-CANNON/Hunt

**FORT LAUDERDALE FOOD NOT BOMBS**,
**NATHAN PIM**,
**JILLIAN PIM**,
**HAYLEE BECKER**, and
**WILLIAM TOOLE**,

  Plaintiffs,
v.

**CITY OF FORT LAUDERDALE**,

  Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Court's Order on Acceptance of Offer of Judgment [ECF No. 128], entered separately on December 10, 2021. In accordance with Federal Rule of Civil Procedure 58, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The application of Park Rule 2.2 to the expressive food sharing activities of Plaintiffs, Fort Lauderdale Food Not Bombs, Nathan Pim, Jillian Pim, Haylee Becker, and William Toole, violated their First Amendment rights.

2. A permanent injunction is entered against Defendant, City of Fort Lauderdale, enjoining Defendant from future application of Park Rule 2.2 to the expressive food sharing activities of Plaintiffs, Fort Lauderdale Food Not Bombs, Nathan Pim, Jillian Pim, Haylee Becker, and William Toole.

3. Plaintiff Fort Lauderdale Food Not Bombs shall take judgment against Defendant, City of Fort Lauderdale, in the total amount of Two Thousand Five Hundred Dollars ($2,500.00).

4. Plaintiff Nathan Pim shall take judgment against Defendant, City of Fort Lauderdale, in the total amount of Two Thousand Five Hundred Dollars ($2,500.00).

5. Plaintiff Jillian Pim shall take judgment against Defendant, City of Fort Lauderdale, in the total amount of Two Thousand Five Hundred Dollars ($2,500.00).

6. Plaintiff Haylee Becker shall take judgment against Defendant, City of Fort Lauderdale, in the total amount of Two Thousand Five Hundred Dollars ($2,500.00).

7. Plaintiff William Toole shall take judgment against Defendant, City of Fort Lauderdale, in the total amount of Two Thousand Five Hundred Dollars ($2,500.00).

8. The Court reserves jurisdiction to determine entitlement to, and award of, reasonable attorneys' fees, and to enter such other and further orders as deemed proper.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 15th day of December 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record