UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-60185-CIV-CANNON/Hunt

**FORT LAUDERDALE FOOD NOT BOMBS**,
**NATHAN PIM**,
**JILLIAN PIM**,
**HAYLEE BECKER**, and
**WILLIAM TOOLE**,

      Plaintiffs,
v.

**CITY OF FORT LAUDERDALE**,

      Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon the Report ("R&R") of Magistrate Judge Patrick M. Hunt recommending that Plaintiffs' Unopposed Motion for Bill of Costs [ECF No. 132] be granted [ECF No. 152]. On January 29, 2022, the Court referred the Bill of Costs to Magistrate Judge Patrick M. Hunt for a Report and Recommendation [ECF No. 133]. On June 8, 2022, Judge Hunt issued the instant R&R, recommending that the proposed taxable costs be granted [ECF No. 152]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 152 p. 5]. No party has filed objections.

The Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be correct. The Court therefore agrees with the analysis in the R&R and concludes that the Bill of Costs should be **GRANTED** for the reasons set forth therein.

CASE NO. 15-60185-CIV-CANNON/Hunt

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 152] is **ACCEPTED**.

2. Plaintiffs' Motion for Bill of Costs [ECF No. 132] is **GRANTED**.

3. Plaintiffs shall recover $1,842.92 in taxable costs.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of July 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record